

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00255-CR

Charles **BORTON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. DC7029
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellee's brief was originally due September 23, 2022. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to October 24, 2022. On October 19, 2022, the appellee filed a motion requesting an additional extension of time to file the brief until November 23, 2022, for a total extension of sixty days. After consideration, we **GRANT** the motion and **ORDER** appellee to file his/her brief **by NOVEMBER 23, 2022**. Appellee is advised that if the brief is not filed, the case may be set at issue without an appellee's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court